|  | UNITED STATES DISTRICT COURT |
|  | WESTERN DISTRICT OF WASHINGTON |
|  | AT SEATTLE |

| UNITED STATES OF AMERICA, | Case No. CR20-40-RSL |
|---|---|
| Plaintiff, | ORDER |
| v. |  |
| JAQUAN JACKSON, |  |
| Defendant. |  |

This matter comes before the Court on defendant's (1) "Motion to Appeal Detention Order" (Dkt. #5), (2) "Motion to Seal Exhibits" (Dkt. #6), and (3) "Motion for Writ of Habeas Corpus *Ad Prosequendum*" (Dkt. #8). Defendant has two matters pending in this District: (1) a supervised release violation originating in the District of Oregon and subsequently transferred to this District (CR20-40-RSL), and (2) a pending criminal charge initiated by Complaint (MJ20-93-MAT). The Court, having reviewed the motions, records, and files in this case, hereby finds and ORDERS:

(1) On April 3, 2020, defendant made his initial appearance before the Honorable Brian A. Tsuchida, United States Magistrate Judge. Judge Tsuchida ordered defendant detained. See Dkt. #16, United States v. Jaquan Jackson, No. MJ20-93-MAT. The Court finds that Judge Tsuchida's Detention Order has rendered moot defendant's Motion to Appeal Detention Order (Dkt. #5), filed in this case on March 30, 2020. Defendant's Motion to Appeal Detention Order (Dkt. #5) is accordingly DENIED as moot.

ORDER - 1

(2) The Court has considered defendant's Motion to Seal (Dkt. #6) and finds there are compelling reasons to file the identified exhibits under seal. Defendant's Motion to Seal (Dkt. #6) is GRANTED and IT IS ORDERED that Exhibits 2, 4, 6, 7, 8, and 11 to his Motion to Appeal Detention Order (Dkt. #5) be filed under seal.

(3) The Court finds defendant's April 3, 2020 initial appearance in this District, and Judge Tsuchida's accompanying Detention Order, have rendered moot his Motion for Writ of Habeas Corpus *Ad Prosequendum* (Dkt. #8). The motion (Dkt. #8) is accordingly DENIED as moot.

IT IS SO ORDERED.

DATED this 7th day of April, 2020.

Robert S. Lasnik
United States District Judge

ORDER - 2